# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2024-2622

_____

ALEKA SAPP,

   Appellant,

v.

STATE OF FLORIDA,

   Appellee.

_____

On appeal from the Circuit Court for Leon County.
Stephen Everett, Judge.

January 30, 2026

PER CURIAM.

   AFFIRMED.

ROWE, NORDBY, and LONG, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Jessica J. Yeary, Public Defender, and Lori A. Willner, Assistant Public Defender, Tallahassee, for Appellant; Aleka Sapp, pro se, Appellant.

James Uthmeier, Attorney General, Tallahassee, for Appellee.